IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA ) | | |
| Plaintiff, ) | | |
| ) | | |
| v. ) | CASE NO. DNCW1:07CR00016 | |
| ) | (Financial Litigation Unit) | |
| MELISSA BEDFORD BLALOCK, ) | | |
| Defendant, ) | | |
| and ) | | |
| ) | | |
| HAYWOOD REGIONAL MEDICAL CENTER,) | | |
| ) | | |
| Garnishee. ) | | |

## ORDER OF GARNISHMENT

**THIS MATTER** is before the Court on the answer of Haywood Regional Medical Center, as the Garnishee. On June 29, 2004, the Honorable Judge Richard T. Haik sentenced the Defendant to 16 months incarceration for her conviction of conspiracy to defraud the United States in violation of 18 U.S.C. §371 and 20 U.S.C. § 1097(a), respectively. **Judgment in a Criminal Case, filed June 29, 2004.** As part of that Judgment, the Defendant was ordered to pay an assessment of $1,500.00 and restitution of $54,392.00 to the victims of the crime. *Id.*

The Government now seeks to garnish the Defendant's earnings from the garnishee. The Answer of the Garnishee provides that Garnishee anticipates additional earnings in the form of new wages (gross pay minus total tax withholdings) in the amount of $427.50 bi-weekly.

The United States requests that 25 percent of the Defendant's earnings which remain after all deductions required by law have been withheld and 100 percent of all 1099 payments be applied to the United States' garnishment, and that the Government's garnishment take immediate effect. *See* **28 U.S.C. § 3205(c)(10).**

**IT IS, THEREFORE, ORDERED** that an Order of Garnishment is hereby **ENTERED** in the amount of $54,816.00 computed through May 8, 2009, which attaches to any earnings of the Defendant and up to 25 percent shall be garnished in favor of the United States until the Defendant's restitution debt is paid in full.

Signed: August 24, 2009

Lacy H. Thornburg
United States District Judge