# IN THE DISTRICT COURT OF THE UNITED STATES
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
### ASHEVILLE DIVISION

## CRIMINAL CASE NO. 1:07cr16

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | **O R D E R** |
| | ) | |
| | ) | |
| MELISSA BEDFORD BLALOCK, | ) | |
| | ) | |
| Defendant, | ) | |
| and | ) | |
| | ) | |
| HAYWOOD REGIONAL MEDICAL CENTER, | ) | |
| | ) | |
| Garnishee. | ) | |
| | ) | |

**THIS MATTER** is before the Court on the Government's Motion for Dismissal of an Order of Garnishment. [Doc. 18].

For the reasons stated in the Government's Motion, and for cause shown, the Government's Motion for Dismissal [Doc. 18] is **GRANTED**, and the Order of Garnishment entered as to Haywood Regional Medical Center on August 24, 2009, against the Defendant Melissa Bedford Blalock [Doc. 17] is hereby **DISMISSED**.

**IT IS SO ORDERED**.

Signed: March 10, 2010

Martin Reidinger
United States District Judge