IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CASE NO. DNCW1:07CR16 |
| | ) | (Financial Litigation Unit) |
| MELISSA BEDFORD BLALOCK, | ) | |
| a.k.a. MELISSA GRIFFIN, | ) | |
| | ) | |
| and | ) | |
| | ) | |
| A NEW HOPE HOME CARE INC., | ) | |
| Garnishee. | ) | |

DISMISSAL OF WRIT OF CONTINUING GARNISHMENT

Upon motion of the United States for the reasons stated therein and for good cause shown, it is ORDERED that the Writ of Continuing Garnishment filed in this case against Defendant Melissa Bedford Blalock, a.k.a. Melissa Griffin, is DISMISSED.

Signed: March 5, 2013

Dennis L. Howell
United States Magistrate Judge