IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | CASE NO. 1:07CR16 |
| | ) | (Financial Litigation Unit) |
| MELISSA BEDFORD BLALOCK, | ) | |
| Defendant, | ) | |
| | ) | |
| and | ) | |
| | ) | |
| MH HOSPITAL MANAGER, LLC, | ) | |
| Garnishee. | ) | |

## DISMISSAL OF ORDER OF CONTINUING GARNISHMENT

For the reasons stated therein and for good cause shown, the Government's Motion for Dismissal of Order of Continuing Garnishment (Doc. 45) is **GRANTED**, and the Order of Continuing Garnishment (Doc. 43) against Defendant Melissa Bedford Blalock is **DISMISSED.**

Signed: January 10, 2022

W. Carleton Metcalf
United States Magistrate Judge