IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
1:07-CR-16

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) |
| | ) |
| MELISSA BEDFORD BLALOCK, | ) |
| Defendant, | ) |
| and | ) |
| | ) |
| NOVANT HEALTH FORSYTH | ) |
| MEDICAL CENTER, | ) |
| Garnishee. | |

## ORDER

For the reasons stated therein and for good cause shown, the Government's Motion for Dismissal of Order of Continuing Garnishment (Doc. 60) is **GRANTED**, and the Order of Continuing Garnishment (Doc. 58) against Defendant Melissa Bedford Blalock is **TERMINATED.**

Signed: January 19, 2023

W. Carleton Metcalf
United States Magistrate Judge